IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALAN DOERING,** **PLAINTIFF**
**ADC #106115**

VS. 4:18-CV-285-BRW-BD

**WENDEY KELLEY,** *et al.* **DEFENDANTS**

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation, Mr. Doering's timely objections, and a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendants' motion to dismiss (Doc. No. 23) is GRANTED. Mr. Doering's claims are DISMISSED, without prejudice. The remaining motions (Doc. Nos. 3, 4, 7, 9, 10, 19, 21, 25, 26, 28, 36, 37) are DENIED, as moot.

IT IS SO ORDERED, this 20th day of July, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE