# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALAN DOERING,**                                                                      **PLAINTIFF**
**ADC #106115**

**VS.**                                       **4:18-CV-285-BRW-BD**

**WENDEY KELLEY,** *et al*.                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 20th day of July 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE